IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 2 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-02555-BNB

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

SA CLYDE A. LANGLEY, Official and Individual,
SA MARK FINNIN, Official and Individual,
SA RICKY V. WRIGHT, Official and Individual,
MICHAEL W. WONN, Official and Individual,
OTHER KNOWN AND UNKNOWN DEFENDANT'S [sic]
(JHON [sic] and JANE DOE'S [sic]), Official and Individual,
SA JOSEPH C. JOHNSON, Official and Individual, and
SA FRANK A. LOTURCO, Official and Individual,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

On March 6, 2006, Plaintiff filed a "Motion to Requesting Waiver of Copy Requirement." Plaintiff's Motion is DENIED.

Dated: April 12, 2006

Copies of this **Minute Order** were mailed on April 12, 2006, to the following:

Michael A. Crumpton
Reg. No. 27217-013
US Medical Ctr
P.O. Box 4000
Springfield, MO 65801

                                      Secretary/Deputy Clerk