IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02555-MSK-PAC

MICHAEL ANDRE CRUMPTON,

    Plaintiff,

v.

SA CLYDE A. LANGLEY, Official and Individual,
SA MARK FINNIN, Official and Individual,
SA RICKY V. WRIGHT, Official and Individual,
MICHAEL W. WONN, Official and Individual,
OTHER KNOWN AND UNKNOWN DEFENDANT'S [sic]
(JHON [sic] and JANE DOE'S [sic]), Official and Individual,
SA JOSEPH C. JOHNSON, Official and Individual, and
SA FRANK A. LOTURCO, Official and Individual,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 6 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated this 26th day of April 2006.

BY THE COURT:

*Marcia A. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02555-MSK-PAC

Michael Andre Crumpton
Reg. No. 27217-013
FCI – Beaumont
PO Box 26010
Beaumont, TX 77720

US Marshal Service
Service Clerk
Service forms for: Mark Finnin, SA Clyde Langley, SA Ricky V. Wright, Michael W. Wonn, SA Joseph C. Johnson, and Frank A. Loturco

United States Attorney General - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
DELIVERED ELECTRONICALLY

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the US Marshal Service for service of process on Mark Finnin, SA Clyde Langley, SA Ricky V. Wright, Michael W. Wonn, SA Joseph C. Johnson, and Frank A. Loturco: AMENDED COMPLAINT FILED 3/7/06, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/27/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk