IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 05-cv-02343-MSK-PAC

MICHAEL ANDRE CRUMPTON,

        Plaintiff,

v.

OFFICER MARK FINNIN, Officially and Individually,
CITY OF AURORA, COLORADO,
ARAPOHOE [sic] COUNTY, and
OTHER KNOWN OR UNKNOWN AGENTS AND AGENCIES,

        Defendants.

## ORDER TO SHOW CAUSE WHY CASES SHOULD NOT BE CONSOLIDATED

THIS MATTER comes before the Court *sua sponte*.

In this action, the Plaintiff, Michael Andre Crumpton, asserts claims against Officer Mark Finnin, the City of Aurora, Arapahoe County, and other known or unknown agents and agencies. In a separate action (Civil Action No. 05-cv-02555-MSK-PAC), Mr. Crumpton asserts claims against SA Clyde A. Langley, SA Mark Finnin, SA Ricky V. Wright, Michael W. Wonn, SA Joseph C. Johnson, SA Frank A. Loturco, and other known and unknown individuals.

A review of both Complaints suggests that these two cases may involve common questions of law and fact. Therefore, consolidation pursuant to Fed. R. Civ. P. 42(a) may be appropriate.

**IT IS THEREFORE ORDERED** that:

(1)      On or before June 9, 2006, the parties to this case and to Civil Action No. 05-cv-

02555-MSK-PAC shall **SHOW CAUSE** why these cases should not be consolidated.

(2)  A copy of this Order shall be docketed in Civil Action No. 05-cv-02555-MSK-PAC.

Dated this 16th day of May, 2006

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge